FILED

DEC 30 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-50300 |
| Plaintiff-Appellant, | D.C. Nos. 2:22-cr-00445-FMO-1 |
| v. | 2:22-cr-00445-FMO Central District of California, |
| ARTHUR RAFFY ASLANIAN, | Los Angeles |
| Defendant-Appellee. | ORDER |

Before: TASHIMA, S.R. THOMAS, and CLIFTON, Circuit Judges.

This is an appeal from the district court's pretrial detention order. We have jurisdiction pursuant to 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291.

We review the district court's factual findings concerning risk of flight and the danger that defendant poses to the community under a "deferential, clearly erroneous standard." *See United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008) (quoting *United States v. Townsend*, 897 F.2d 989, 994 (9th Cir. 1990)). The conclusions based on such factual findings, however, present a mixed question of fact and law. *See Hir*, 517 F.3d at 1086. Thus, "the question of whether the district court's factual determinations justify the pretrial detention order is reviewed de novo." *See id.* at 1086-87 (citations omitted).

Given the nature of the crime and the strength of the government's case, we find that the government has met its burden of showing, by clear and convincing

at/MOATT

evidence, that "no condition or combination of conditions will reasonably assure . . . the safety of . . . the community." 18 U.S.C. § 3142(e).

Accordingly, the district court's order granting appellant pretrial release is reversed, and bail is revoked. This case is remanded to the district court for further proceedings.

The pending motion for stay is denied as moot.

The mandate shall issue forthwith.

**REVERSED and REMANDED.**